**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JILLION E. PEARSON  
2610 LOREN LANE  SSN-xxx-xx-5792  
ALGONQUIN, IL  60102

Case Number: 05-70676

Case filed on: 2/22/2005  
Plan Confirmed on: 4/15/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,976.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | MATUSZEWICH, KELLY & MCKEEVER, LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | MARILYN J. WASHBURN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | JILLION E. PEARSON | 0.00 | 0.00 | 12.38 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 12.38 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 7,600.00 | 7,600.00 | 7,600.00 | 648.02 |
|  | Total Secured | 7,600.00 | 7,600.00 | 7,600.00 | 648.02 |
| 001 | DAIMLER CHRYSLER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DAIMLER CHRYSLER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | RESURGENT CAPITAL SERVICES | 1,445.42 | 1,445.42 | 1,445.42 | 0.00 |
| 004 | DUKANE OBSTETRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 976.37 | 976.37 | 976.37 | 0.00 |
| 006 | WORLD FINANCIAL NETWORK NATIONAL BANK | 555.78 | 555.78 | 555.78 | 0.00 |
| 007 | SEARS CARPET UPHOLSTERY CARE CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HARRIS & HARRIS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | VALLEY EMERGENCY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,977.57 | 2,977.57 | 2,977.57 | 0.00 |
|  | Grand Total: | 10,577.57 | 10,577.57 | 10,589.95 | 648.02 |

Total Paid Claimant: $11,237.97  
Trustee Allowance: $738.03  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By /s/Heather M. Fagan